# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
SEP 16 2009
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

United States of America )
v. )
) Case No: DVAW706CR00050-001
ROBERT CARSTEAL LAW ) USM No: 12254-084
)
Date of Previous Judgment: 05/25/2007 ) Melissa Friedman, Esq. and Anthony Anderson, Esq.
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: ____ Amended Offense Level: ____
Criminal History Category: ____ Criminal History Category: ____
Previous Guideline Range: ____ to ____ months Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

See Attached Memorandum Opinion.

Except as provided above, all provisions of the judgment dated __05/25/07__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: September 16, 2009

_____
Judge's signature

Effective Date: _____
(if different from order date)

Hon. Glen E. Conrad, United States District Judge
Printed name and title