IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 7:06CR00050** |
| v. | **ORDER TO RESPOND** |
| **ROBERT CARSTEAL LAW,**  Defendant. | By: Robert S. Ballou  United States Magistrate Judge |

The court appointed the Federal Public Defender to represent Defendant Robert Carsteal Law pursuant to Standing Order 2015-5. Law has now filed motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, contending that under Johnson v. United States, 135 S. Ct. 2551 (June 26, 2015), Law is no longer a career offender. The Federal Public Defender has stated on the record that she will not be filing a supplemental brief on this issue, but she did not withdraw from the case. Accordingly, it is hereby **ORDERED** as follows:

1. The Clerk shall **SERVE** Defendant's motion on the United States Attorney for the Western District of Virginia in accordance with the Agreement on Acceptance of Service.

2. Counsel for the Defendant shall, within 10 days from entry of this order, **MOVE** to withdraw or advise the court of her continued representation of the Defendant in the § 2255 case.

3. The United States shall answer or otherwise respond to the motion within sixty days, and the Defendant, by counsel or pro se in the event that counsel withdraws, shall have 21 days to respond.

4. Defendant shall notify the court immediately upon Defendant's transfer or release and provide a new address. FAILURE TO NOTIFY THE COURT OF SUCH A CHANGE WILL RESULT IN DISMISSAL OF THIS ACTION.

5. Pursuant to a Standing Order of Court, all non-dispositive matters in this case are referred to a United States Magistrate Judge.

6. The Clerk shall **SEND** a copy of this Order to the parties and counsel.

7. The parties are advised that all mailed pleadings should be sent to the Clerk of Court at 210 Franklin Rd SW, Suite 540, Roanoke, VA 24011-2208.

Enter: May 9, 2016

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge

2